## *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 07, 2017

Ms. Heather Gebelin Hacker
Office of the Attorney General
for the State of Texas
209 W. 14th Street
Price Daniels Sr. Building
Austin, TX 78701-1614

Mr. Scott A. Keller
Office of the Solicitor General
for the State of Texas
209 W. 14th Street
SUITE MC-059
Austin, TX 78701

Mr. Andrew Bowman Stephens
Office of the Attorney General
General Litigation Division
300 W. 15th Street
William P. Clements Building
Austin, TX 78701

    No. 17-50282   Planned Parenthood of Grt TX, et al v.
                            Charles Smith, et al
                            USDC No. 1:15-CV-1058

Dear Ms. Hacker, Mr. Keller, Mr. Stephens,

We received your motion to file appellants' redacted brief on August 7, 2017. We are taking no action on this motion as a redacted copy of the brief should be requested by the clerk at the time of the court's order if the motion is granted. The redacted copy of the brief should contain only those documents available for public consumption.

Both an electronic and paper version of the redacted brief is required.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Cindy M. Broadhead, Deputy Clerk
        504-310-7707

cc:
    Ms. Alice J. Clapman
    Mr. Roger K. Evans
    Ms. Jennifer Sandman
    Mr. Thomas Hart Watkins