No. 17-50282

# In the United States Court of Appeals for the Fifth Circuit

PLANNED PARENTHOOD OF GREATER TEXAS FAMILY PLANNING AND PREVENTATIVE HEALTH SERVICES, INC., ET AL.,
*Plaintiffs-Appellees*,

*v.*

CHARLES SMITH, IN HIS OFFICIAL CAPACITY AS EXECUTIVE COMMISSIONER OF HHSC, ET AL.,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Western District of Texas, Austin Division
No. 1:15-cv-1058

**UNOPPOSED MOTION FOR LEAVE TO FILE REDACTED BRIEF FOR APPELLANTS**

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

SCOTT A. KELLER
Solicitor General
scott.keller@oag.texas.gov

HEATHER GEBELIN HACKER
Assistant Solicitor General

ANDREW B. STEPHENS
Assistant Attorney General

*Counsel for Defendants-Appellants*

Defendants-Appellants respectfully move for leave to file a redacted Brief for Appellants, a copy of which is submitted separately.

1. Defendants-Appellants filed a motion to maintain the Brief for Appellants under seal because it refers to documents and evidence that were placed under seal by the district court.

2. Defendants-Appellants now seek leave to file a redacted copy of the Brief for Appellants that will be publicly available.

3. Counsel for Defendants-Appellants have conferred with counsel for Plaintiffs-Appellees and have been informed that Plaintiffs-Appellees do not oppose this motion.

For the foregoing reasons, Defendants-Appellants respectfully request that the Court grant their unopposed motion for leave to file a redacted Brief for Appellants.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/ Scott A. Keller
SCOTT A. KELLER
Solicitor General
scott.keller@oag.texas.gov

HEATHER GEBELIN HACKER
Assistant Solicitor General

ANDREW B. STEPHENS
Assistant Attorney General

Counsel for Defendants-Appellants

1

## Certificate of Service

On August 7, 2017, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Scott A. Keller
Scott A. Keller

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 112 words, excluding the parts of the brief exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Scott A. Keller
Scott A. Keller