# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 17-50282
_____

PLANNED PARENTHOOD OF GREATER TEXAS FAMILY PLANNING AND PREVENTATIVE HEALTH SERVICES, INC; PLANNED PARENTHOOD SAN ANTONIO; PLANNED PARENTHOOD CAMERON COUNTY; PLANNED PARENTHOOD GULF COAST, INC; PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER; JANE DOE #I; JANE DOE #2; JANE #DOE 4; JANE DOE #7; JANE DOE #9; JANE DOE #10; JANE DOE #11,

      Plaintiffs - Appellees

v.

CHARLES SMITH, in his official capacity as Executive Commissioner of HHSC; SYLVIA HERNANDEZ KAUFFMAN, in her official capacity as Acting Inspector General of HHSC,

      Defendants - Appellants

_____

Appeal from the United States District Court for the
Western District of Texas, Austin
_____

O R D E R :

Before the court is Appellants' unopposed motion to file a redacted brief and Appellants' unopposed motion to maintain brief under seal. The court has considered these motions as well as the responses filed by Appellants and Appellees pursuant to the court's August 16, 2017 directive.

IT IS ORDERED that Appellants' unopposed motion to file a redacted brief is GRANTED IN PART. Appellants are instructed to file one brief not under seal, redacting only the allegedly inaudible reference to the doctor's name as explained in Appellees' August 21, 2017 response letter. All other redactions are to be removed.

IT IS FURTHER ORDERED that that appellants' unopposed motion to maintain brief under seal is DENIED AS MOOT.

          _____/s/ Jennifer Walker Elrod_____
          JENNIFER WALKER ELROD
          UNITED STATES CIRCUIT JUDGE